IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**BB BUGGIES INC.**                                                                                          **PLAINTIFF**

v.                          Case No. 1:12-cv-57 KGB

**BAD BOY, INC.**                                                                                             **DEFENDANT**

## ORDER

On March 14, 2013, plaintiff BB Buggies, Inc.'s ("BB Buggies") filed a combined motion and brief for additional interrogatories or, alternatively, ruling that interrogatories do not exceed limit (Dkt. No. 21). On April 4, 2013, BB Buggies filed a motion to withdraw the previously filed motion for additional interrogatories or, alternatively, ruling that interrogatories do not exceed limit (Dkt. No. 23). For good cause shown, BB Buggies' motion to withdraw is hereby granted (Dkt. No. 23). BB Buggies' combined motion and brief for additional interrogatories or, alternatively, ruling that interrogatories do not exceed limit is denied as moot (Dkt. No. 21).

SO ORDERED this 8th day of April, 2013.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE