IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**BB BUGGIES INC.**                                                                                      **PLAINTIFF**

v.                                       **Case No. 1:12-cv-00057 KGB**

**BAD BOY, INC.**                                                                                       **DEFENDANT**

## ORDER

    Before the Court are plaintiff's motion for protective order (Dkt. No. 25) and plaintiff's second motion for protective order (Dkt. No. 27). These motions relate to a Federal Rule of Civil Procedure 30(b)(6) deposition noticed for Tuesday, May 7, 2013. The Court will conduct a status hearing by telephone on Friday, May 3, 2013, beginning at 2:00 p.m.

    SO ORDERED this 3rd day of May, 2013.

*[signature: Kristine G. Baker]*
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE