IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**BB BUGGIES INC.**                                                                       **PLAINTIFF**

**v.**                       **Case No. 1:12-cv-00057 KGB**

**BAD BOY, INC.**                                                              **DEFENDANT**

## ORDER

On May 3, 2013, the Court conducted a status hearing by telephone with counsel for the parties. Pending are plaintiff's motion for protective order (Dkt. No. 25) and plaintiff's second motion for protective order (Dkt. No. 27). These motions relate to a Federal Rule of Civil Procedure 30(b)(6) deposition noticed for Tuesday, May 7, 2013. Defendant has not yet responded to these motions, and defendant's time for doing so has not yet passed. The parties agreed to remove the noticed deposition from the calendar pending this Court's resolution or the parties' resolution of plaintiff's pending motions for protective orders.

SO ORDERED this 3rd day of May, 2013.

*/s/ Kristine G. Baker*
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE